

FILED
**March 6, 2015**
Third Court of Appeals
Jeffrey D. Kyle
Clerk

Devvy Kidd
P.O. Box 1102
Big Spring, Texas 79721
432.264.7869

March 3, 2015

Court of Appeals
Third District of Texas 78711
Attn: Francis
P.O. Box 12547
Austin, Texas 78711

Court of Appeals No. 03-14-00805 CV

Dear Francis:

Pursuant to our telephone conversation yesterday, I am requesting a 60 day extension for filing my brief.

I did not find out until late last week, I am able to look at my case on-line, something I was unable to do at the District Court because I am pro se.

Checking it yesterday I saw the status for my brief due. I haven't received any notice of when it was due, just that it says March 5th 'status'.

My computer crashed as I explained on the phone yesterday. I still don't have it back from the tech guy; all my files were recovered, but I don't have access to them yet.

I left a message with the State's counsel, Adam Bitter, yesterday after I spoke with you. I also tried him again just before I came here into the library to use their computer.

Got his voice mail again, but I left him another message. He must be in court or something like that as he's always been gracious in returning my phone calls.

I am asking for the 60 day extension and if granted, could you please let me know the exact date my brief would then be due so I don't miss it?

Cordially,

Devvy Kidd

cf: Mr. Adam Bitter

RECEIVED
MAR 0 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE



**PRESS FIRMLY TO SEA**

**U.S. POSTAGE PAID**
**BIG SPRING, TX**
**79720**
**MAR 03, 15**
**AMOUNT**
**$19.99**
00116921-07

1007

EG 239252544 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Mailing Label**
Label 11-B, March 2004

**Post Office To Addressee**

PRESS HARD. YOU ARE MAKING 3 COPIES.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 79720 | Thurs ☐ Next ☒ 2nd ☐ 2nd Del. Day | $ 19.99 |

| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
|---|---|---|
| Mo. 3 Day 3 Year 15 | Month 3 Day 5 | $ |

| Time Accepted | Scheduled Time of Delivery | COD Fee | Insurance Fee |
|---|---|---|---|
| 11:47 ☐ AM ☐ PM | ☐ Noon ☒ 3PM | $ | $ |

| Flat Rate ☐ or Weight | Military | Total Postage & Fees |
|---|---|---|
| lbs. 1.9 ozs. | ☐ 2nd Day ☐ 3rd Day | $ 19.99 |

| Int'l Alpha Country Code | Acceptance Emp. Initials |
|---|---|
| | AG |

**FROM: (PLEASE PRINT)** PHONE ( )

DEVVY KIDD
PO Box 1102
Big Spring, TX 79721

**DELIVERY (POSTAL USE ONLY)**

| | Delivery Attempt | Time | | Employee Signature |
|---|---|---|---|---|
| | Mo. Day | | ☐ AM ☐ PM | |
| | Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| | Mo. Day | | | |
| | Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| | Mo. Day | | | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ **WAIVER OF SIGNATURE**
Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

**NO DELIVERY**
☐ Weekend ☐ Holiday ☐ Mailer Signature

**TO: (PLEASE PRINT)** PHONE ( )

COURT OF APPEALS
THIRD DISTRICT
PO Box 12547
AUSTIN, TEXAS

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

7 8 7 1 1 + 2 5 4 7

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

MAR -5 2015

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

# VISIT US AT USPS.COM®
## ORDER FREE SUPPLIES ONLINE





**UNITED STATE POSTAL SERVIC**